NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001079
08-MAY-2014
09:09 AM

NO. CAAP-12-0001079

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DEREK CAVILLIS, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(FCCR NO. 09-1-159K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding, J., Leonard and Reifurth, JJ.)

Upon consideration of Defendant-Appellant Derrick Cavillis's May 2, 2014 Motion for Reconsideration of the Intermediate Court of Appeals April 25, 2014 Summary Disposition Order, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, May 8, 2014.

Presiding Judge

Associate Judge

Associate Judge